

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00004-CV

Segundo **ESCOBAR** III,
Appellant

v.

Dora **PEREZ**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV09699
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Adrian A. Spears II, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: June 11, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on April 7, 2025. Neither the brief nor a motion for extension of time was filed. Therefore, on April 25, 2025, we ordered appellant to file, on or before May 5, 2025, his appellant's brief and a written response reasonably explaining (1) his failure to timely file his brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. We explained that if appellant failed to file his appellant's brief and the written response by the date ordered, his appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply

with a court order). Appellant did not file his brief or written response. Therefore, this appeal is dismissed for want of prosecution.


PER CURIAM